IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RONALD C. WALKER, JR.,<br>       Debtors<br><br>REGIONAL ACCEPTANCE CORPORATION,<br>       Movant<br>       v.<br><br>RONALD C. WALKER, JR., and<br>SCOTT F. WATERMAN, Chapter 13 Trustee<br>       Respondents | Bankruptcy No. 19-10055-jkf<br><br>Chapter 13<br><br>Related to Doc. No. 33 and 34<br><br>Hearing Date: 09/25/2019<br>Time: 9:30 a.m.<br>Location: Courtroom #3, Nixon Building<br><br>Response Deadline: 09/20/2019 |

CERTIFICATE OF SERVICE

       I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on September 6, 2019, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay and a copy of the Notice of Motion, Hearing Date, and Response Deadline by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

| | |
|---|---|
| RONALD C. WALKER, JR.<br>7638 THOURON AVENUE<br>PHILADELPHIA, PA 19150 | LATONYA NIKIA SHEILA GRIMES<br>7638 THOURON AVENUE<br>PHILADELPHIA, PA 19150 |
| LATONYA NIKIA SHEILA GRIMES<br>6417 LIMEKILN PIKE<br>PHILADELPHIA, PA 19138-3023 | LATONYA NIKIA SHEILA GRIMES<br>1925 MATHER WAY APT A<br>ELKINS PARK, PA 19027-1022 |
| LATONYA NIKIA SHEILA GRIMES<br>5634 ARCH ST<br>PHILADELPHIA, PA 19139-2520 | LATONYA NIKIA SHEILA GRIMES<br>2615 N DOUGLAS ST<br>PHILADELPHIA, PA 19132-2904 |
| LATONYA NIKIA SHEILA GRIMES<br>2028 N BAMBREY ST<br>PHILADELPHIA, PA 19121-5202 | LATONYA NIKIA SHEILA GRIMES<br>5312 WEBSTER ST APT 1<br>PHILADELPHIA, PA 19143-2629 |
| MICHAEL D. SAYLES<br>SAYLES AND ASSOCIATES<br>427 WEST CHELTENHAM AVENUE, SUITE #2<br>ELKINS PARK, PA 19027-3201 | SCOTT F. WATERMAN (CHAPTER 13)<br>CHAPTER 13 TRUSTEE<br>2901 ST. LAWRENCE AVE., SUITE 100<br>READING, PA 19606 |
| UNITED STATES TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>200 CHESTNUT STREET, SUITE 502<br>PHILADELPHIA, PA 19106 | |

                          By:/s/ Keri P. Ebeck
                          Keri P. Ebeck, Esq.
                          PA I.D. #91298
                          kebeck@bernsteinlaw.com
                          707 Grant Street
                          Suite 2200, Gulf Tower
                          Pittsburgh, PA 15219
                          (412) 456-8112