IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 19-10055-jkf |
|---|---|
| RONALD C. WALKER, JR.,<br>      Debtors | Chapter 13 |
| REGIONAL ACCEPTANCE | Related to Doc. No. 33 |
| CORPORATION,<br>      Movant<br>  v. | Hearing Date: 09/25/2019<br>Time: 9:30 a.m.<br>Location: Courtroom #3, Nixon Building |
| RONALD C. WALKER, JR., and<br>SCOTT F. WATERMAN, Chapter 13 Trustee<br>      Respondents | Response Deadline: 09/20/2019 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay and Co-Debtor Stay and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than **09/20/2019**.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Respectfully submitted,
BERNSTEIN-BURKLEY, P.C.

By:/s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
707 Grant Street
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

*Counsel for Regional Acceptance Corporation*

Dated: September 23, 2019