IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RONALD C. WALKER, JR.,<br>　　　　Debtors<br><br>REGIONAL ACCEPTANCE<br>CORPORATION,<br>　　　　Movant<br>　　v.<br><br>RONALD C. WALKER, JR., and<br>SCOTT F. WATERMAN, Chapter 13 Trustee<br>　　　　Respondents | Bankruptcy No. 19-10055-jkf<br><br>Chapter 13<br><br>Hearing Date: 09/25/2019<br>Time: 9:30 a.m.<br>Location: Courtroom #3, Nixon Building<br><br>Response Deadline: 09/20/2019 |

ORDER OF COURT

AND NOW, this __28th__ day of __September__, 2019, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED, ~~ADJUDGED AND DECREED~~, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation, in the 2015 Kia Optima Sedan, VIN KNAGM4A75F5650537.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Latonya Nikia Sheila Grimes, any amounts that remain due and owing pursuant to the underlying Retail Installment Sale Contract subsequent to the sale of the collateral. Rule 4001(a)(3) does not apply to this proceeding.

　　　　　　　　　　　　　　　　　　　　_/s/ Jean K. FitzSimon_
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Jean K. FitzSimon
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge