United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10055-jkf
Ronald C. Walker, Jr.                                                   Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi           Page 1 of 1          Date Rcvd: Sep 30, 2019
                        Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db            +Ronald C. Walker, Jr.,   7638 Thouron Avenue,   Philadelphia, PA 19150-2208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              KERI P EBECK    on behalf of Creditor    Regional Acceptance Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Ronald C. Walker, Jr. midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RONALD C. WALKER, JR.,<br>     Debtors<br><br>REGIONAL ACCEPTANCE<br>CORPORATION,<br>     Movant<br>  v.<br><br>RONALD C. WALKER, JR., and<br>SCOTT F. WATERMAN, Chapter 13 Trustee<br>     Respondents | Bankruptcy No. 19-10055-jkf<br><br>Chapter 13<br><br>Hearing Date: 09/25/2019<br>Time: 9:30 a.m.<br>Location: Courtroom #3, Nixon Building<br><br>Response Deadline: 09/20/2019 |

ORDER OF COURT

AND NOW, this __28th__ day of __September__, 2019, upon consideration of the foregoing Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED, ~~ADJUDGED AND DECREED~~, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation, in the 2015 Kia Optima Sedan, VIN KNAGM4A75F5650537.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Latonya Nikia Sheila Grimes, any amounts that remain due and owing pursuant to the underlying Retail Installment Sale Contract subsequent to the sale of the collateral. Rule 4001(a)(3) does not apply to this proceeding.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge