IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Ronald C. Walker** | **)** | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Bankruptcy No.: **19-10055/jkf** |

CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.


Date: **October 18, 2019**                                                  Respectfully Submitted,


                   **\s\ Michael D. Sayles**
                   Michael D. Sayles
                   Attorney for Debtor
                   427 W. Cheltenham Avenue, Suite #2
                   Elkins Park, PA  19027
                   215-635-2270 (phone)
                   215-424-1263 (fax)
                   midusa1@comcast.net