Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-10055-AMC

RONALD C WALKER JR  
7638 THOURON AVENUE  
PHILADELPHIA  PA    19150

Petition Filed Date: 01/04/2019  
341 Hearing Date: 03/01/2019  
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $300.00 | | 02/11/2019 | $300.00 | | 02/14/2019 | ($300.00) | Reverse Transa |
| 03/05/2019 | $300.00 | | 04/12/2019 | $300.00 | | 05/08/2019 | $300.00 | |
| 08/15/2019 | $450.00 | Monthly Plan P | 09/25/2019 | $450.00 | Monthly Plan P | 11/06/2019 | $450.00 | |
| 12/11/2019 | $450.00 | | 01/07/2020 | $300.00 | | 03/03/2020 | $300.00 | |

**Total Receipts for the Period: $3,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | 13/7, LLC<br>»» 001 | Unsecured Creditors | $1,269.92 | $0.00 | $1,269.92 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»» 002 | Unsecured Creditors | $5,823.41 | $0.00 | $5,823.41 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $506.00 | $0.00 | $506.00 |
| 5 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $1,773.38 | $0.00 | $1,773.38 |
| 6 | POLICE & FIRE FCU<br>»» 006 | Unsecured Creditors | $848.93 | $0.00 | $848.93 |
| 7 | CAVALRY INVESTMENTS LLC<br>»» 007 | Unsecured Creditors | $1,357.74 | $0.00 | $1,357.74 |
| 8 | PYOD LLC<br>»» 008 | Unsecured Creditors | $1,243.93 | $0.00 | $1,243.93 |
| 9 | PNC BANK NA<br>»» 009 | Mortgage Arrears | $26,523.15 | $781.10 | $25,742.05 |
| 10 | CHAPTER HOLDINGS LLC FBO ABINGTON EMERGENCY PHYSICIAN<br>»» 010 | Unsecured Creditors | $1,069.00 | $0.00 | $1,069.00 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 12 | US DEPARTMENT OF EDUCATION<br>»» 012 | Unsecured Creditors | $41,314.58 | $0.00 | $41,314.58 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,600.00 | Current Monthly Payment: | $589.00 |
| Paid to Claims: | $3,281.10 | Arrearages: | $4,529.00 |
| Paid to Trustee: | $318.90 | Total Plan Base: | $32,278.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.