UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Ronald Walker, Jr.**         :         CHAPTER:  13
                                      :
                                      :
DEBTOR                                :         BANKRUPTCY NO.: **19-10055\AMC**

# ORDER OF COURT

**AND NOW**, this _____ day of _____ 2020, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED and DECREED** that the Motion is granted.

By the Court:

_____
U.S. Bankruptcy Court Judge

**Date: August 26, 2020**