# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-10055** |
| **Ronald C. Walker, Jr.** | **Chapter 13** |
| | **Judge Ashely M. Chan** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * |
| | |
| **Customers Bank** | **Related Document #** |
| **Movant,** | |
| vs | |
| **Ronald C. Walker, Jr.** | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Customers Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

          Respectfully submitted,

          /s/ Karina Velter
          Karina Velter, Esquire (94781)
          Adam B. Hall (323867)
          Sarah E. Barngrover (323972)
          Manley Deas Kochalski LLC
          P.O. Box 165028
          Columbus, OH  43216-5028
          Telephone: 614-220-5611
          Fax: 614-627-8181
          Attorneys for Creditor
          The case attorney for this file is Karina Velter.
          Contact email is kvelter@manleydeas.com

20-019401_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-10055** |
| **Ronald C. Walker, Jr.** | **Chapter 13** |
| | **Judge Ashely M. Chan** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * |
| | |
| **Customers Bank** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Ronald C. Walker, Jr.** | |
| | |
| **Scott F. Waterman** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Michael D. Sayles, Attorney for Ronald C. Walker, Jr., midusa1@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Ronald C. Walker, Jr., 7638 Thouron Avenue, Philadelphia, PA  19150

Ronald C. Walker, Jr., 7638 Thouron Ave, Philadelphia, PA  19150

                                                                  /s/ Karina Velter

20-019401_PS