IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Ronald Walker, Jr.**  : CHAPTER: 13
:
:
DEBTOR : BANKRUPTCY NO.: **19-10055/amc**

### CERTIFICATE OF NO OPPOSITION

I, Michael D. Sayles, hereby certifies that neither Trustee nor any party of interest has filed a responsive pleading to **Debtor's Motion to Modify Plan after Confirmation.**

Respectfully Submitted,

Date: **January 5, 2021**

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA 19027
215/635-2270
Midusa1@comcast.net