United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ronald C. Walker, Jr.  
    Debtor

Case No. 19-10055-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 21, 2021 | Form ID: pdf900 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald C. Walker, Jr., 7638 Thouron Avenue, Philadelphia, PA 19150-2208 |
| 14254373 | | Abington Emergency Physician, 56 West Main Street, Suite 305, Christiana, DE 19702-1503 |
| 14254374 | | Abington Memorial Hospital-Patient Pay, PO Box 826580, Philadelphia, PA 19182-6580 |
| 14254375 | + | Alliance One, PO Box 1259, Dept. 114164, Oaks, PA 19456-1259 |
| 14254376 | + | Allied Interstate, 800 Interchange West, 435 Ford Road, Minneapolis, MN 55426-1063 |
| 14254380 | + | Citadel Federal Credit Union, PO Box 650, Exton, PA 19341-0650 |
| 14555275 | | Customers Bank, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14287811 | + | Customers Bank, PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14254386 | + | David J. Apothaker, Esquire, 520 Fellowship Road, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14254387 | + | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14254389 | + | Latonya Grimes, 1925 Mather Way A, Elkins Park, PA 19027-1022 |
| 14254390 | + | Lendmark Finanial Services, 7400 Front St, Cheltenham, PA 19012-1403 |
| 14254392 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14254393 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14256951 | + | PNC BANK NATIONAL ASSOCIATION, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14254395 | + | PNC Mortgage, PO BOX 6534, Carol Stream, IL 60197-6534 |
| 14254394 | + | Phelan Hallihan & Schmeig, LLP, One Penn Center at Suburban Station, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14254396 | + | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14272430 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14254397 | ++++ | RADIOLOGY GROUP ABINGTON, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Radiology Group Abington, PO Box 6750, Portsmouth, NH 03802-6750 |
| 14254401 | + | Sychchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 14254403 | | US Department of Education, National Payment Center, PO Box 105028, Atlanta, GA 30348-5028 |
| 14341633 | | US Department of Education, PO BOX 16448, St. Paul, MN 55116-0448 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 22 2021 01:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 22 2021 01:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 22 2021 01:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14266260 | + | Email/Text: documentfiling@lciinc.com | Apr 22 2021 01:55:00 | 13/7, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: pdf900 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14341338 | | Email/Text: megan.harper@phila.gov | Apr 22 2021 01:56:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14254383 | | Email/Text: megan.harper@phila.gov | Apr 22 2021 01:56:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14254384 | | Email/Text: megan.harper@phila.gov | Apr 22 2021 01:56:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14254377 | + | Email/Text: bankruptcy@cavps.com | Apr 22 2021 01:56:00 | Cavalry, PO Box 520, Valhalla, NY 10595-0520 |
| 14254378 | + | Email/Text: bankruptcy@cavps.com | Apr 22 2021 01:56:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 14273307 | + | Email/Text: bankruptcy@cavps.com | Apr 22 2021 01:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14254381 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 22 2021 01:56:00 | Citadel Federal Credit Union, PO Box 72147, Thorndale, PA 19372-0147 |
| 14254379 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 22 2021 01:56:00 | Citadel Federal Credit Union, PO Box 147, Thorndale, PA 19372-0147 |
| 14254382 | | Email/Text: bankruptcy@philapark.org | Apr 22 2021 01:56:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14254385 | + | Email/Text: Bankruptcy.Notices@pnc.com | Apr 22 2021 01:55:00 | Customers Bank, c/o PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14254388 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2021 01:56:00 | Jefferson Capital Systems, LLC, P.O. Box 23051, Columbus, GA 31902-3051 |
| 14278641 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2021 01:33:24 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14254391 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 22 2021 01:55:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14254398 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 22 2021 01:35:07 | Regional Acceptance Corp., PO 3151, Wilmington, DE 19804-0151 |
| 14254399 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 22 2021 01:35:07 | Regional Acceptance Corp., 10 Corporate Circle, #200, New Castle, DE 19720-2418 |
| 14270585 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 22 2021 01:35:07 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14254590 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 01:33:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14254402 | + | Email/Text: bknotices@totalcardinc.com | Apr 22 2021 01:56:00 | Total Card, Inc., PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14254404 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 22 2021 01:55:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14254405 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 22 2021 01:55:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 14254406 | | Email/Text: megan.harper@phila.gov | Apr 22 2021 01:56:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 25

## BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2021 | Form ID: pdf900 | Total Noticed: 48 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14254400 | ##+ | SRA Associates, INC, 401 Minnetonka Rd, Somerdale, NJ 08083-2914 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KERI P EBECK | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| MICHAEL D. SAYLES | on behalf of Debtor Ronald C. Walker Jr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F WATERMAN ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CUSTOMERS BANK bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor CUSTOMERS BANK amps@manleydeas.com |
| SCOTT F WATERMAN | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F WATERMAN ECFmail@fredreiglech13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    RONALD C WALKER JR<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-10055-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 21, 2021**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE